UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA FINANCIAL GROUP, INC.,<br><br>Defendant. | Case No. SACV 09-0666 AG (MLGx)<br>Hon. Andrew Guilford<br><br>**JUDGMENT GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Amended<br>Complaint Filed: June 30, 2010<br>Trial Date: None Set |

The Court, having granted Plaintiff Lehman Brothers Holdings Inc.'s motion for partial summary judgment in this matter on April 25, 2011, and for good cause appearing,

**IT IS THEREFORE ORDERED, DECLARED, ADJUDGED and DECREED** that:

(1) Judgment shall be entered in favor of Plaintiff Lehman Brothers Holdings Inc. and against Defendant California Financial Group, Inc. on the following loans in Plaintiff's complaint: the 6937, 6069, 0718, 0650, and 6325 loans (the **Loans**);

(2) Plaintiff Lehman Brothers Holdings Inc. is awarded the sum of $1,188,981.44 on the Loans from Defendant California Financial Group, Inc.;

(3) Plaintiff Lehman Brothers Holdings Inc. is awarded prejudgment interest from Defendant California Financial Group, Inc. at 9% per annum in the amount of $374,852.41, which is broken down as follows:

    (a) The 6937 loan from Sept. 22, 2006 (1677 days) = $105,728.37

    (b) The 6069 loan from Sept. 22, 2006 (1677 days) = $71,249.276

    (c) The 0718 loan from March 27, 2008 (1125 days) = $122,159.72

    (d) The 0650 loan from March 27, 2008 (1125 days) = $61,135.058

    (e) The 6325 loan from Sept. 13, 2009 (590 days) = $14,580.384

(4) Judgment shall therefore be entered in favor of Plaintiff Lehman Brothers Holdings Inc. and against Defendant California Financial Group, Inc. in the amount of **$1,563,833.85**.

Dated: May 4, 2011

_____
Hon. Andrew J. Guilford
Judge of the United States District Court